UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

CLARENCE FACEY,
  a/k/a "Face,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Clarence Facey's sentencing will take place on **November 5, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Facey are due by **October 15, 2021**. The Government's submission is due by **October 22, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Facey.

Dated: New York, New York
       June 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1