UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLARENCE FACEY,

Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       Sentencing in this matter is scheduled for February 23, 2022, at 3:00 p.m.  The PSR reports that the Probation Officer repeatedly requested that the Defendant submit a financial statement, but that no financial statement was provided.  (PSR (Dkt. No. 515) at 27, 37)  The Defendant will submit a financial statement to the Court by **February 22, 2022 at 10:00 a.m.**

       In its sentencing submission, the Government asserts that the Defendant "recruited several Brooklyn Hospital employees to improperly provide names and number of patients to Rose," and that "Facey then split the bribe payments from Rose with these Brooklyn Hospital employees."  (Feb. 10, 2022 Govt. Ltr. (Dkt. No. 743) at 3)  The Court requires additional information concerning this statement, including the following:  how many Brooklyn Hospital employees did Facey recruit; what are their names; what consequences, if any, have these individuals faced or are likely to face; how many accident victim names were disclosed by these individuals; how much were they paid in bribes; how much did Facey receive in bribes as a result of recruiting these individuals; over what period of time did Facey have contact with the individuals he recruited; and how many accident victim names were disclosed by Facey between 2012 and 2015.

The Government will likewise make its submission by **10:00 a.m. on February**

**22, 2022**.

Dated: New York, New York
      February 18, 2022

                                         SO ORDERED.

                                         Paul G. Gardephe
                                         United States District Judge